# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Cruz<br><br>v.<br><br>Merck & Co. Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-02348 CAS(AGRx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 21-01<br>(RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

__April 14, 2022__  _/s/ Dolly M. Gee_
Date  Dolly M. Gee, United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____  _____
Date  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:22-cv-02151 DMG(MAAx)__ and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Rosenberg__ to Magistrate Judge __Audero__.

On all documents subsequently filed in this case, please substitute the initials __DMG(MAAx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:22-cv-02348 DMG(MAAx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*  ☐ *Statistics Clerk*

CV-34 (03/21)  ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)