## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

James Cruz, an individual,

Plaintiff(s)

v.

Merck & Co., Inc., a New Jersey Corporation, et al.,

Defendant(s).

CASE NUMBER

CV 22-2348-DMG (MAAx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Beck, Kimberly L.                                   of

*Applicant's Name (Last Name, First Name & Middle Initial)*

513-509-5683                    N/A

*Telephone Number          Fax Number*

kim@becklawcenter.com

*E-Mail Address*

Beck Law Center, LLC
201 E. 5th Street, Suite 1900
Cincinnati, OH 45202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

James Cruz

*Name(s) of Party(ies) Represented*        ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Bhujwala, Shehnaz M.                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

223484            818-340-5400          818-340-5401

*Designee's Cal. Bar No.   Telephone Number      Fax Number*

bhujwala@boucher.la

*E-Mail Address*

Boucher LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated May 2, 2022**

*Dolly M. Gee*

**Dolly M. Gee, U.S. District Judge**