**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRUZ, an individual, | Case No. CV 22-2348-DMG (MAAx) |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF JAMES CRUZ PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41 [54]** |
| MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive, | |
| Defendants. | |

Based on the parties' stipulation for dismissal of Plaintiff's action, the above-captioned action is DISMISSED with prejudice. All existing dates and deadlines in this matter are VACATED. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. # 53] is DENIED as moot.

IT IS SO ORDERED.

DATED: July 17, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRCIT JUDGE